Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−29988−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carmen C Baynosa
   16 Beacon Avenue
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−9045

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/3/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 3, 2016
JJW: car

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-29988-SLM
Carmen C Baynosa                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Nov 03, 2016
                             Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.
```
db            +Carmen C Baynosa,    16 Beacon Avenue,    Jersey City, NJ 07306-1502
516454445      Bradshaw Properties, LLC,    Attn: Jeremy Deppelt Realty Mgmt,    408 Main Street, Suite 502,
                Boonton, NJ 07005-3701
516454449     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance,    25505 West 12 Mile Road,
                Southfield, MI 48034)
516454450      CV XXVIII, LLC,    Attn: Stem & Eisenberg, Esqs.,    1040 N. Kings Highway, Suite 407,
                Cherry Hill, N J 08034-1925
516454447      Citimortgage, Inc.,    PO Box 6234,    Sioux Falls, SD 57117
516454451      Lunar Investments,    John N. Giorgi, Esq. MBA,    2092 Morris Avenue 2nd Floor,
                Union, NJ 07083-6022
516454452      Phelan, Hallinan & Schmeig,    400 Fellowship Road, Suite 100,    Mount Laurel, NJ 08054-3437
516454453      Rodolfo S. Gardon,    3 Lanbom Ave.,    Congers, NY 10920
516454454     +TTLBL,LLC,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,    Denville, NJ 07834-1239
516454456    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stage Coach Cir,
                Frederick, MD 2170I)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 03 2016 23:35:49    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 03 2016 23:35:45    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516454446      EDI: CAPITALONE.COM Nov 03 2016 23:13:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
516454448      EDI: CIAC.COM Nov 03 2016 23:13:00      CitiMortgage, Inc.,    1000 Technology Drive,
                Mail Station 420,    O'Fallon, MO 63368-2239
516454455      EDI: WFFC.COM Nov 03 2016 23:13:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                1000 Blue Gentian Road,    Eagan, MN 55121-7700
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Bradshaw Properties, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 2
```