UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

Carmen C. Baynosa, Pro Se
18 Beacon Avenue
Jersey City, NJ 07306
(201) 705-7111
cmchbyns@yahoo.com

| | | |
|---|---|---|
| In Re: | : | HONORABLE STACEY L. MEISEL |
| Carmen C. Baynosa | : | CASE NO. 16-29988-SLM |
| | : | CHAPTER 13 |
| Debtor | : | |
| | : | MOTION FOR AN ORDER |
| | : | RESTORING THE CASE |

HEARING DATE AND TIME:
December 14, 2016

**ORAL ARGUMENT WAIVED UNLESS OBJECTIONS TIMELY FILED**

TO: All Parties-in-Interest on the Attached Service List

PLEASE TAKE NOTICE that on December 14, 2016 at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned, Debtor Carmen C. Baynosa shall move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court, MLK Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, for entry of an Order Restoring the case.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned shall rely on the accompanying Certification of Carmen C. Baynosa.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by

attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found atwww.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the undersigned waives oral argument unless objections to the Motion are timely filed.

**Carmen C. Baynosa, Pro Se**

By: _/s/ Carmen C. Baynosa_
    Carmen C. Baynosa, Pro Se

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

**Carmen C. Baynosa, pro se**
**18 Beacon Avenue**
**Jersey City, NJ 07306**
**(201) 988-5291**
**Emmanuel.Baynosa@yahoo.com**

| | | |
|---|---|---|
| **In Re:** | : | HONORABLE STACEY L. MEISEL |
| **Carmen C. Baynosa** | : | CASE NO. 16-29988-SLM |
| | : | CHAPTER 13 |
| **Debtor** | : | |
| | : | CERTIFICATION |
| | : | IN SUPPORT OF MOTION FOR AN |
| | : | ORDER RESTORING THE MATTER. |

**Carmen C. Baynosa** hereby certifies as follows:

1. I am the Debtor in the captioned matter.

3. The matter was filed as a short form filing due to a foreclosure and sheriff's sale of Debtors'

residence.

4. On November 3, 2016 the matter was dismissed for failure to file the balance of the statements, schedules, and Chapter 13 Plan.

5. I will have the balance of the statements, schedules, and Chapter

13 Plan filed prior to the return date of this motion.

6. For all of the foregoing reasons, I respectfully request that the court enter an Order restoring the matter.

I hereby certify that the foregoing statements are true. I am aware that if any of the

forgoing statements are willfully false, I am subject to punishment.

Dated: November 14, 2016

*/s/ Carmen C. Baynosa*
Carmen C. Baynosa

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Carmen C. Baynosa, Pro Se**
**18 Beacon Avenue**
**Jersey City, NJ 07306**
**(201) 705-7111**
cmchbyns@yahoo.com

| In Re: | : | HONORABLE STACEY L. MEISEL |
|---|---|---|
| **Carmen C. Baynosa** | : | CASE NO. 16-29988-SLM |
| | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | **Certificate of Service** |

Carmen C. Baynosa hereby certifies as follows:

1. I hereby certify that I am mailing, first class mail, postage pre-paid, a true copy of the attached motion and certification to all of the following:

Bradshaw Properties, LLC
Attn: Jeremy Doppelt Realty Mgmt.
Suite 502
408 Main Street
Boonton, NJ 07005-3701

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Citimortgage, Inc.
PO Box 6234
Sioux Falls, SD 57117

CitiMortgage, Inc.
1000 Technology Drive
Mail Station 420
OFallon, MO 63368-2239

Credit Acceptance
25505 West 12 Mile Road
Southfield, MI 48034

CV XXVIII, LLC
Attn: Stern & Eisenberg, Esqs.
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034-1925

Lunar Investments
John N. Giorgi, Esq. MBA
2092 Morris Avenue
Second Floor
Union, NJ 07083-6022

Phelan, Hallinan & Schmeig
400 Fellowship Road
Suite 100
Mount Laurel, NJ 08054-3437

Rodolfo S. Gardon
3 Lanborn Ave.
Congers, NY 10920

TTLBL, LLC
c/o Pellegrino & Feldstein, LLC
290 Route 46 West
Denville, NJ 07834

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Wells Fargo Home Mortgage
8480 Stage Coach Cir
Frederick, MD 21701


I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: November 14, 2016

_____
CARMEN C. BAYNOSA