Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  16−29988−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carmen C Baynosa
   16 Beacon Avenue
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−9045

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/14/16 at 10:30 AM

to consider and act upon the following:

*20* − Motion to Extend Time to File Missing Schedules (related document:1 Vol Petition (Chapter 13) filed by Debtor Carmen C Baynosa) Filed by Carmen C Baynosa. Objection deadline is 11/17/2016. (Attachments: # 1 Certification # 2 Certificate of Service) (car)

Dated: 11/18/16

                              James J. Waldron
                              Clerk, U.S. Bankruptcy Court